

**United States District Court**
*Central District of California*
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 10, 2025

Clerk, United States District Court
_____ District of ___Idaho (Boise)___

550 West Fort Street, Room 400
Boise, ID 83724-0101

Re:   Transfer of Jurisdiction of Probation
      Your Case No.          1:23-cr-00163-BLW-2
      Assigned Our Case No.  2:25-cr-00447-AB
      Case Title:            United States of America vs. Alina OSORIO

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Dolly M. Gee, Chief Judge__.

Please forward to this district copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By  /s/ E. Synagogue
    Deputy Clerk  Evelyn_Synagogue@cacd.uscourts.gov

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

CR-25 (06/24)          **TRANSMITTAL LETTER - PROBATION TRANSFER IN**